

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00507-CV

| | | |
|---|---|---|
| Columbia Medical Center of Denton Subsidiary, L.P. d/b/a Denton Regional Medical Center | § | From the 211th District Court |
| | § | of Denton County (2008-30050-211) |
| | § | |
| v. | | |
| | § | October 17, 2013 |
| DFW Super Group II, L.L.C. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that DFW Super Group II, L.L.C. take nothing.

It is further ordered that appellee DFW Super Group II, L.L.C. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker